UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
The Neiman Marcus Group, Inc.   Case No. 1:09-cv-06861 (NRB)
                    Plaintiff,

        -against-
Dispatch Transportation Corp., et.al.
                    Defendant.
-----------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____Ronald S. Herzog_____
        FILL IN ATTORNEY NAME

My SDNY Bar Number is: RH-4932    My State Bar Number is 1267731

I am,

[X]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm, address, telephone number and fax number):

OLD FIRM:   Snow Becker Krauss P.C.
            605 Third Avenue, New York, NY 10158
            Tel: 212- 687-3860
            Fax: 212- 949-7052

NEW FIRM:   Robinson Brog Leinwand Greene Genovese & Gluck P.C.
            875 Third Avenue, New York, NY 10022
            Tel: 212-603-6300
            Fax: 212-956-2164

[X]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
     was entered on _____ by Judge_____.

Dated:  3/25/11                         _____
                                              ATTORNEY'S SIGNATURE